AO 91 (Rev. 5/85) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

MAY 1 3 2015

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Guadalupe TREVINO III, YOB: 1992 USC
Guadalupe TREVINO JR., YOB: 1973 USC

## CRIMINAL COMPLAINT

CASE NUMBER: M-15-0760-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __05/11/2015__ in __Hidalgo__ county, in the __Southern__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

Knowingly and Intentionally Conspire to possess with Intent to Distribute approximately 34.7 kilograms or more of Methamphetamine, a Schedule II Controlled Substance

Knowingly and Intentionally Conspire to possess with Intent to Distribute approximately 27 kilograms or more of Cocaine, a Schedule II Controlled Substance

in violation of Title __21__ United States Code, Section(s) __846 and 841(b)(1)(A)__

I further state that I am a(n) __DEA Special Agent__ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof:   X Yes __ No __

Signature of Complainant
Steven F. Picone, DEA Special Agent

Sworn to before me and subscribed in my presence,

May 13, 2015           10:24 am      At     McAllen, Texas
Date                                          City and State

Peter Ormsby, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

ATTACHMENT

On May 7, 2015, and undercover officer (hereinafter referred to as UC) made contact with Guadalupe TREVINO III (hereinafter referred to as TREVINO III) to coordinate the transportation of approximately 60 kilograms of narcotics to Atlanta, Georgia. The UC and TREVINO III agreed to use the UC's tractor trailer which would be equipped with altered air tanks; one (1) underneath the tractor and one (1) underneath the trailer. TREVINO III advised the UC that he would be transporting "sixty" referring to sixty (60) kilograms of narcotics.

On May 11, 2015, the UC contacted TREVINO III to obtain a meeting time and location. Later that day, TREVINO III contacted the UC and advised that he did not want the UC to use the refrigerated trailer that was already at a warehouse, located at 1506 Tower Road, Edinburg, Texas, utilized by TREVINO III and his father, Guadalupe TREVINO Jr. (hereinafter referred to as TREVINO JR) because the tires were bad. The UC agreed to use another box trailer and TREVINO III stated the air tank would be installed on the tractor while the UC was getting the other trailer. Once the UC got the box trailer, TREVINO III advised the UC of the location on Tower Road to drive to. During a telephone call, TREVINO III was providing the UC with directions and gave the wrong directions to the UC. Once the UC arrived at the warehouse, TREVINO III showed the UC the two (2) air tanks containing methamphetamine. TREVINO III showed the UC one long black metal air tank underneath the tractor. TREVINO III then showed the UC how to install the air tanks and then remove them once the UC arrived in Atlanta, Georgia for delivery.

While the UC was at the location, the UC witnessed two (2) additional air tanks inside of the warehouse. The UC stated that TREVINO III advised him that only seven (7) people know about the operation that they are running. TREVINO III further stated that the methamphetamine belonged to his uncle in Michoacán, Mexico and that TREVINO III and his father was in charge of the operation. TREVINO III stated that the two (2) mechanics at the location who installed the air tanks on this date are also aware of the air tanks containing methamphetamine.

TREVINO III then advised the UC that there were two air tanks, a large one underneath the tractor and a small one underneath the trailer that the UC was to deliver to Atlanta, Georgia. Once the UC departed the location, TREVINO III, CRUZ, and the two (2) mechanics closed all warehouse doors and locked the gate at the location. The UC witnessed all individuals depart the location the same time as the UC. Agents dismantled the 2 air tanks and discovered approximately 34.7 kilograms of methamphetamine and 27 kilograms of cocaine.

On May 12, 2015, Agents made contact with TREVINO III and TREVINO JR. After being advised of their Rights, TREVINO III and TREVINO JR. waived them and agreed to talk to Agents. During questioning, TREVINO III advised Agents that he received a telephone call on May 5, 2015 from a co-conspirator that air tanks containing narcotics were on their way to the warehouse from Mexico. TREVINO III stated that he was out of town and that TREVINO JR. received the air tanks from Mexico. TREVINO III stated that he was instructed there were four (4) air tanks containing narcotics that TREVINO JR. received. TREVINO III advised he was instructed by a co-conspirator to install the air tanks on two different tractors. TREVINO

III stated that he contacted two co-conspirators to transport the narcotics to Dallas, Texas and Atlanta, Georgia. TREVINO III stated that he met with the co-conspirators to finalize the details and both tractor trailers departed with the air tanks. TREVINO III stated he was paid approximately $40, 000 US Currency from a co-conspirator in Mexico to coordinate the transportation. On this same date, Agents spoke to TREVINO JR who advised that he was contacted by a co-conspirator in Mexico to receive air tanks containing narcotics. TREVINO JR advised Agents that he received approximately four (4) air tanks on May 9, 2015 from Mexico at a warehouse he is renting located at 1506 Tower Road, Edinburg, Texas. TREVINO JR. stated that the air tanks were later installed onto two separate tractor trailers to be transported to Dallas, Texas and Atlanta, Georgia. TREVINO JR. advised Agents that he knew the air tanks contained narcotics, but was unsure of what kind. TREVINO JR stated that he was to be paid approximately $6,000 US Currency by a co-conspirator in Mexico to utilize a warehouse to install the air tanks.